# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| **Andrew James McGonigle, Joshua Hester, and all other similarly situated** <br><br> *Plaintiff* <br><br> v. <br><br> **United Wholesale Mortgage, LLC** <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 2:25-cv-13865-SKD-KGA |

## AFFIDAVIT OF SERVICE

I, Mike Rehbein, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to United Wholesale Mortgage, LLC in Wayne County, MI on December 5, 2025 at 2:39 pm at 40600 Ann Arbor Rd E, Ste 201, Plymouth, MI 48170-4675 by leaving the following documents with Bryelle Dawson who as INTAKE SPECIALIST at CT Corp is authorized by appointment or by law to receive service of process for United Wholesale Mortgage, LLC.

SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, Class Action Complaint

Black or African American Female, est. age 25-34, glasses: Y, Black hair, 160 lbs to 180 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=42.3598466667,-83.44178
Photograph: See Exhibit 1

Standard Serve 40600 Ann Arbor Rd E, Ste 201, Plymouth, MI 48170-4675 1@$97.00=$97.00
Total Cost: $97.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

| | |
|---|---|
| Executed in <u>Wayne County</u>, <u>MI</u> on <u>12/8/2025</u>. | /s/ *Mike Rehbein* <br> Signature <br> Mike Rehbein <br> +1 (810) 588-3848 |



Exhibit 1a)