UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREW JAMES MCGONIGLE and
JOSHUA HESTER, individually and on
behalf of all similarly situated,

Case No. 2:25-cv-13865-SKD-KGA

     Plaintiff,

Hon. Susan K. DeClercq

v.

Mag. Kimberly G. Altman

UNITED WHOLESALE MORTGAGE, LLC,

     Defendant,

---

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that the undersigned counsel, Amir El-Aswad of Foley & Lardner LLP, enters his appearance on behalf of Defendant United Wholesale Mortgage, LLC in the above-captioned case and requests that all further notices, court-filed submissions, and orders be served upon him.

Please take further notice that this Appearance and request for electronic service shall not be deemed or construed to be a waiver of any rights or defenses, including but not limited to any and all objections relating to jurisdiction and venue.

Respectfully submitted,

FOLEY & LARDNER LLP
Counsel for Defendant

By: /s/ *Amir El-Aswad*
Irina Kashcheyeva (P72575)
Amir El-Aswad (P86092)
500 Woodward Avenue, Suite 2700
Detroit, Michigan  48226
(313) 234-7100
(313) 234-2800
ikashcheyeva@foley.com
Dated:  December 15, 2025    ael-aswad@foley.com