UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ANDREW JAMES MCGONIGLE and JOSHUA HESTER, individually and on behalf of all similarly situated, | Case No. 2:25-cv-13865-SKD-KGA |
| Plaintiff, | Hon. Susan K. DeClercq |
| v. | Mag. Kimberly G. Altman |
| UNITED WHOLESALE MORTGAGE, LLC, | |
| Defendant, | |

## STIPULATION TO EXTEND DEFENDANT UNITED WHOLESALE MORTGAGE, LLC'S DEADLINE TO RESPOND TO THE COMPLAINT

NOW COME Plaintiffs Andrew James McGonigle and Joshua Hester and Defendant United Wholesale Mortgage, LLC ("UWM"), by and through their respective undersigned counsel of record, and agree to extend the deadline for Defendant UWM to respond to Plaintiffs' Complaint by twenty-one (21) days—i.e., until (and including) Friday, January 16, 2026.  In support of the Stipulation, the parties state as follows:

1. On December 2, 2025, Plaintiffs filed their putative class action Complaint against UWM.

2. Plaintiffs served their Complaint on UWM on December 5, 2025, and UWM's initial deadline to respond to the Complaint is December 26, 2025—the day

after the Christmas holiday.

3. UWM requested an extension of 21 days—until January 16, 2026—to respond to the Complaint in order for UWM to complete the factual investigation into certain allegations in the Complaint, to accommodate counsel's pre-scheduled family travel plans over the Holiday period, and to account for counsel's other business commitments during the intervening period.

4. There are currently no case management deadlines set in this matter. This is the first request for an extension, and it is made in good faith and not for the purposes of delay.

Accordingly, the parties stipulate that Defendant UWM shall have until Friday, January 16, 2026, to respond to Plaintiffs' Complaint.

Stipulated as to form and substance by:

| PARONICH LAW, P.C. | FOLEY & LARDNER LLP |
|---|---|
| By: */s/ Anthony I. Paronich [with consent]*<br>Anthony I. Paronich<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>(508) 221-1510<br>anthony@paronichlaw.com<br>*Counsel for Plaintiffs*<br><br>Dated: December 15, 2025 | By: */s/ Amir El-Aswad*<br>Irina Kashcheyeva (P72575)<br>Amir El-Aswad (P86092)<br>500 Woodward Avenue, Suite 2700<br>Detroit, Michigan 48226<br>(313) 234-7100<br>(313) 234-2800<br>ikashcheyeva@foley.com<br>ael-aswad@foley.com<br>*Counsel for Defendant*<br><br>Dated: December 15, 2025 |