UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ANDREW JAMES MCGONIGLE and JOSHUA HESTER, individually and on behalf of all similarly situated, | Case No. 2:25-cv-13865-SKD-KGA |
| Plaintiff, | Hon. Susan K. DeClercq |
| v. | Mag. Kimberly G. Altman |
| UNITED WHOLESALE MORTGAGE, LLC, | |
| Defendant, | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel, Irina Kashcheyeva of Foley & Lardner LLP, enters her appearance on behalf of Defendant United Wholesale Mortgage, LLC in the above-captioned case and requests that all further notices, court-filed submissions, and orders be served upon her.

Please take further notice that this Appearance and request for electronic service shall not be deemed or construed to be a waiver of any rights or defenses, including but not limited to any and all objections relating to jurisdiction and venue.

                                        Respectfully submitted,

                                        FOLEY & LARDNER LLP
                                        Counsel for Defendant

                                        By: /s/ *Irina Kashcheyeva*
                                        Irina Kashcheyeva (P72575)
                                        Amir El-Aswad (P86092)
                                        500 Woodward Avenue, Suite 2700
                                        Detroit, Michigan  48226
                                        (313) 234-7100
                                        (313) 234-2800
                                        ikashcheyeva@foley.com
Dated:  December 16, 2025       ael-aswad@foley.com