UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ANDREW JAMES MCGONIGLE and JOSHUA HESTER, individually and on behalf of all similarly situated, | Case No. 2:25-cv-13865-SKD-KGA |
| Plaintiff, | Hon. Susan K. DeClercq |
| v. | Mag. Kimberly G. Altman |
| UNITED WHOLESALE MORTGAGE, LLC, | |
| Defendant, | |

### STATEMENT OF DISCLOSURE OF
### CITIZENSHIP AND FINANCIAL AFFILIATIONS

Pursuant to E.D. Mich. LR 83.4:

United Wholesale Mortgage, LLC _____ (party name),

who is a (check one) ☐ PLAINTIFF ☒ DEFENDANT ☐ OTHER:

_____ makes the following disclosure: 1[1]

### PART I – CITIZENSHIP

☐ Jurisdiction for this action is based on diversity of citizenship under 28 U.S.C. § 1332. [If so, complete the other entries in Part I]

☐ This party is an individual who is a citizen of the State of _____.

☐ This party is a corporation incorporated in the State of

---

[1] Within this form, the term "entity" is defined in LR 83.4(a)(2).

MIED (11/23) STATEMENT OF DISCLOSURE OF CITIZENSHIP AND FINANCIAL AFFILIATIONS

_____ and with a principal place of business in the State of _____.

☐ This party is an unincorporated association, general partnership, limited partnership, or limited liability company.

> If so, identify the nature of the entity and the name and citizenship of every person or entity that is relevant for purposes of determining diversity citizenship, including the name and citizenship of any general partner, and the name and citizenship of each member of a limited liability company.

_____

_____

_____

☐ This party is a trust.

> If so, identify each trustee and each trustee's State of citizenship. If any trustee is an entity, identify the citizenship of the entity.

_____

_____

_____

## PART II – FINANCIAL AFFILIATIONS

☐ None of the entries below applies to this party.
☐ This party has one or more parent entities.

> If so, identify all parent entities.

_____

_____

MIED (11/23) STATEMENT OF DISCLOSURE OF CITIZENSHIP AND FINANCIAL AFFILIATIONS

☐ This party has one or more subsidiaries.

    If so, identify all subsidiaries.

☒ This party has one or more affiliates.

    If so, identify all affiliates.

United Wholesale Mortgage, LLC ("UWM") is a Michigan limited liability company. UWM's sole member and manager is UWM Holdings, LLC, which is comprised of two members, SFS Holding Corp. and UWM Holdings Corporation. UWM Holdings Corporation is a publicly traded Corporation.

☐ An entity, not a party to this action, has at least a 10% percent ownership interest in this party.

    If so, identify all such owners.

3

☐ An entity, not a party to this action, has by reason of insurance, a franchise agreement, lease, profit sharing agreement, or indemnity agreement, a direct financial interest in the outcome of the litigation.

If so, identify each such entity's financial interest in the litigation.

_____

_____

_____

Respectfully submitted,

FOLEY & LARDNER LLP
Counsel for Defendant

By: /s/ *Irina Kashcheyeva*
Irina Kashcheyeva (P72575)
Amir El-Aswad (P86092)
500 Woodward Avenue, Suite 2700
Detroit, Michigan  48226
(313) 234-7100
(313) 234-2800
ikashcheyeva@foley.com
Dated:  December 18, 2025      ael-aswad@foley.com