UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREW JAMES MCGONIGLE and
JOSHUA HESTER, individually and on
behalf of all similarly situated,

Case No. 2:25-cv-13865-SKD-KGA

                    Plaintiff,

Hon. Susan K. DeClercq

v.

Mag. Kimberly G. Altman

UNITED WHOLESALE MORTGAGE, LLC,

                    Defendant,

---

## ORDER EXTENDING RESPONSIVE PLEADING DEADLINE

Based on the stipulation of the parties, ECF No. 5, and with good cause appearing for the same,

**IT IS HEREBY ORDERED** that Defendant United Wholesale Mortgage LLC, shall have up to and including **Friday, January 16, 2026**, within which to respond to Plaintiffs' Complaint.

**IT IS SO ORDERED.**

/s/Susan K. DeClercq
SUSAN K. DeCLERCQ
United States District Judge

Dated: December 23, 2025