**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| ANDREW JAMES MCGONIGLE AND JOSHUA HESTER, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED WHOLESALE MORTGAGE, LLC,<br><br>Defendant. | Civil Action No.: 25-cv-13865<br><br>Class Action Complaint<br><br>Jury Trial Demanded |

**UNOPPOSED MOTION FOR 21-DAY EXTENSION OF TIME**

Plaintiffs, by and through undersigned counsel, respectfully move this Court for a twenty-one (21) day extension of time to file their response to Defendant United Wholesale Mortgage, LLC's Motion to Dismiss and Strike Class Allegations (ECF No. 9). This Motion is brought pursuant to Fed. R. Civ. P. 6(b) and E.D. Mich. LR 7.1, and is unopposed. In further support:

1. Defendant filed its Motion to Dismiss and Strike Class Allegations on January 16, 2026.

2. Under E.D. Mich. LR 7.1(d)(1)(B), Plaintiffs' response is currently due on February 6, 2026.

3. Plaintiffs respectfully request a twenty-one (21) day extension of time, up to and including February 27, 2026, to file their response.

4. Good cause exists for the requested extension, including the need to adequately review and respond to Defendant's extensive motion and supporting brief.

1

5. Counsel for Plaintiffs conferred with counsel for Defendant regarding this request, and Defendant does not oppose the requested extension, in accordance with E.D. Mich. LR 7.1(a)(2).

6. This is Plaintiffs' first request for an extension of time related to this deadline.

For the foregoing reasons, Plaintiffs respectfully request that the Court grant this Unopposed Motion and extend the deadline for Plaintiffs to respond to Defendant's Motion to Dismiss and Strike Class Allegations to February 27, 2026.

Dated: February 3, 2026

PLAINTIFF, on behalf of themselves and others similarly situated,

/s/ Anthony I. Paronich
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com