UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ANDREW JAMES MCGONIGLE AND JOSHUA HESTER, individually and on behalf of all other similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED WHOLESALE MORTGAGE, LLC, <br><br> Defendant. | Civil Action No.: 25-cv-13865 <br><br> Class Action Complaint <br><br> Jury Trial Demanded |

**PLAINTIFFS' MOTION FOR A TWO-WEEK EXTENSION
OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 6(b) and E.D. Mich. Local Rule 7.1, Plaintiffs Andrew McGonigle and Joshua Hester respectfully move for a two-week extension of time, up to and including March 13, 2026, to file their response to Defendant's Motion to Dismiss and Strike Class Allegations (ECF No. 9). In support, Plaintiffs state as follows:

1. Defendant filed its Motion to Dismiss and Strike Class Allegations on January 16, 2026 (ECF No. 9).

2. On February 3, 2026, Plaintiffs moved for a 21-day extension of time to respond. (ECF No. 10). The Court granted that unopposed motion, extending Plaintiffs' response deadline to February 27, 2026. (Text-Only Order dated February 5, 2026).

3. Since that time, Plaintiffs' counsel has been evaluating Defendant's arguments and the Declaration and materials submitted in support of the Motion to Dismiss, including Defendant's contentions regarding vicarious liability.

1

4. Plaintiffs are considering seeking leave to amend the Complaint to include additional and alternative allegations concerning vicarious liability and related issues raised in Defendant's motion and supporting materials.

5. Plaintiffs' counsel requires additional time to confer with their clients, further investigate the factual record, and determine whether amendment would promote judicial economy by addressing issues raised in the pending motion.

6. The requested extension is sought in good faith and not for purposes of delay. Granting a brief two-week extension will not unduly prejudice Defendant and may conserve judicial resources by narrowing or clarifying the issues presented.

7. Plaintiffs' counsel sought concurrence from Defendant pursuant to Local Rule 7.1(a). Defendant indicated that it does not oppose a request for an extension of time to file an opposition to the Motion to Dismiss to accommodate counsel's schedule, but since the Plaintiffs are considering the filing of an amended complaint they cannot agree to because they have not seen a draft of the amended complaint.

WHEREFORE, Plaintiffs respectfully request that the Court enter an order extending the deadline for Plaintiffs to file their response to Defendant's Motion to Dismiss and Strike Class Allegations to March 13, 2026.

Dated: February 27, 2026    PLAINTIFF, on behalf of themselves
                                                             and others similarly situated,

                                                             */s/ Anthony I. Paronich*
                                                            Anthony I. Paronich

                Paronich Law, P.C.
                350 Lincoln Street, Suite 2400
                Hingham, MA 02043
                (508) 221-1510
                anthony@paronichlaw.com