Case 2:25-cv-13865-SKD-KGA   ECF No. 13, PageID.116   Filed 03/26/26   Page 1 of 5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREW JAMES MCGONIGLE and
JOSHUA HESTER, individually and on
behalf of all similarly situated,

Plaintiff,

v.

UNITED WHOLESALE MORTGAGE, LLC,

Defendant,

Case No. 2:25-cv-13865

Hon. Susan K. DeClercq

Mag. Kimberly G. Altman

---

## STIPULATION REGARDING PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND REGARDING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS

NOW COME Plaintiffs Andrew James McGonigle and Joshua Hester and Defendant United Wholesale Mortgage, LLC ("UWM"), by and through their respective counsel of record, and stipulate as follows:

1.     On December 2, 2025, Plaintiffs filed their putative class action Complaint against UWM. (ECF No. 1.)

2.     On January 16, 2026, UWM filed a Motion to Dismiss and Strike Class Allegations. (ECF No. 9.)

3.     On March 11, 2026, Plaintiffs filed a Motion for Leave to File First Amended Class Action Complaint. (ECF No. 12.)

4. UWM does not oppose Plaintiffs' Motion for Leave to File First Amended Complaint ("FAC"), but reserves all of its defenses to the FAC. UWM intends to move to dismiss Plaintiff's FAC in due course.

5. Assuming the Court grants Plaintiff's Motion for Leave, UWM would generally have 14 days to respond to Plaintiffs' FAC. However, due to pre-arranged international travel by UWM's primary counsel of record from April 1 through April 12, 2026, and to accommodate counsel's other business obligations, the parties would like to agree to the following briefing schedule for UWM's motion to dismiss the FAC (the "Motion to Dismiss"):

   a. The deadline for UWM to file its Motion to Dismiss shall be **April 23, 2026**;

   b. The deadline for Plaintiffs to file a response in opposition to UWM's Motion to Dismiss shall be **May 26, 2026**; and

   c. The deadline for UWM to file a reply in support of its Motion to Dismiss shall be **June 16, 2026**.

6. There are currently no case management deadlines set in this matter. This is the first request for an extension with respect to the First Amended Class Action Complaint, and it is made in good faith and not for the purposes of delay.

7. Accordingly, the parties agree that Plaintiffs shall be granted leave to file the FAC, that Defendant UWM shall have until Thursday, April 23, 2026, to file its Motion to Dismiss, that Plaintiffs shall have until Tuesday, May 26, 2026, to file

their opposition to UWM's Motion to Dismiss, and that UWM shall have until June 16, 2026, to file its reply in support of its Motion to Dismiss.

**Stipulated as to form and substance by:**

PARONICH LAW, P.C.

By: */s/ Anthony I. Paronich [with consent]*
Anthony I. Paronich
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com
*Counsel for Plaintiffs*

Dated: March 24, 2026

FOLEY & LARDNER LLP

By: */s/ Amir El-Aswad*
Irina Kashcheyeva (P72575)
Amir El-Aswad (P86092)
500 Woodward Avenue, Suite 2700
Detroit, Michigan  48226
(313) 234-7100
(313) 234-2800
ikashcheyeva@foley.com
ael-aswad@foley.com
*Counsel for Defendant*

Dated: March 24, 2026

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREW JAMES MCGONIGLE and
JOSHUA HESTER, individually and on
behalf of all similarly situated,

                    Plaintiff,

v.

UNITED WHOLESALE MORTGAGE, LLC,

                    Defendant,

Case No. 2:25-cv-13865

Hon. Susan K. DeClercq

Mag. Kimberly G. Altman

---

**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE
TO FILE FIRST AMENDED COMPLAINT (ECF No. 12)
<u>AND ESTABLISHING BRIEFING SCHEDULE</u>**

Based on the stipulation of the parties and with good cause appearing for the same,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Leave to File First Amended Class Action Complaint, ECF No. 12, is hereby **GRANTED**. Plaintiffs are **DIRECTED** to file the First Amended Complaint attached as an exhibit to Plaintiffs' Motion for Leave (the "FAC"), ECF No. 12-1, as a standalone document on the docket.

**IT IS FURTHER ORDERED** that Defendant United Wholesale Mortgage, LLC ("UWM") shall have until and including **Thursday, April 23, 2026**, to file its motion to dismiss the FAC.

5

**IT IS FURTHER ORDERED** that Plaintiffs shall have until and including **Tuesday, May 26, 2026**, to file their opposition to UWM's Motion to Dismiss the FAC.

**IT IS FURTHER ORDERED** that UWM shall have until **Tuesday, June 16, 2026**, to file its reply in support of its Motion to Dismiss the FAC.

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: March 26, 2026

5