UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREW MCGONIGLE, and
JOSHUA HESTER,

                  Plaintiffs,                    Case No. 2:25-cv-13865

v.                                   Honorable Susan K. DeClercq
                                   United States District Judge

UNITED WHOLESALE MORTGAGE,
LLC,

                  Defendant.

_____/

**ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS
(ECF No. 9)**

In December 2025, Plaintiffs Andrew McGonigle and Joshua Hester filed a class-action complaint against Defendant United Wholesale Mortgage, LLC (UWM). ECF No. 1. On January 16, 2026, UWM filed a motion to dismiss the complaint or, alternatively, to strike all class allegations. ECF No. 9. In response, Plaintiffs filed a motion for leave to file an amended complaint, ECF No. 12, but a few days later, the Parties stipulated to allow Plaintiffs to file an amended complaint, ECF No. 13. Plaintiffs filed their amended complaint on April 13, 2026. ECF No. 14.

Thus, because Plaintiffs filed an amended complaint, ECF No. 14, Defendant's motion to dismiss, ECF No. 9, will be denied as moot because it

addresses Plaintiffs' original complaint, which is no longer the operative complaint. Indeed, the Parties have already stipulated that UWM will file a motion to dismiss directed toward Plaintiffs' amended complaint on or before April 23, 2026. *See* ECF No. 13 at PageID.119.

Accordingly, it is **ORDERED** that Defendant's Motion to Dismiss Plaintiffs' Complaint, ECF No. 9, is **DENIED AS MOOT**.

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: April 21, 2026

- 2 -