UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREW JAMES MCGONIGLE and
JOSHUA HESTER, individually and on
behalf of all similarly situated,

Case No. 2:25-cv-13865-SKD-KGA

              Plaintiff,

Hon. Susan K. DeClercq

v.

Mag. Kimberly G. Altman

UNITED WHOLESALE MORTGAGE, LLC,

              Defendant.

---

## STIPULATION REGARDING ENLARGEMENT OF PAGE LIMIT FOR DEFENDANT'S MOTION TO DISMISS AND PLAINTIFFS' RESPONSE

NOW COME Plaintiffs Andrew James McGonigle and Joshua Hester and Defendant United Wholesale Mortgage, LLC ("UWM"), by and through their respective counsel of record, and, subject to the Court's approval, stipulate to a five-page enlargement of the page limit for UWM's forthcoming combined motion to dismiss and strike class allegations and Plaintiffs' response thereto. In support of this Stipulation, the parties state as follows:

1. On December 2, 2025, Plaintiffs filed their putative class action Complaint against UWM. (ECF No. 1.)

2. On January 16, 2026, UWM filed a Motion to Dismiss and Strike Class Allegations. (ECF No. 9.)

.

3.     On April 13, 2026, Plaintiffs filed an Amended Complaint (ECF No. 14) upon obtaining leave from the Court (ECF No. 13). The Amended Complaint added a few supplemental paragraphs and was lengthier than the original Complaint.

4.     UWM's motion to dismiss the Amended Complaint is currently due on or before Thursday, April 23, 2026.

5.     Pursuant to the Local Rule 7.1(d)(3), there is a 25-page limit for any brief in support of a motion to dismiss and response in opposition thereto. However, Local Rule 7.1(d)(3) permits the Court to enlarge the page limit where appropriate.

6.     Here, there are multiple legal bases on which UWM intends to move to dismiss Plaintiff's Amended Compliant. In addition, the brief will contain a request to strike the class allegations. UWM believes a single brief to address all of these issues is most efficient, but despite its best efforts, UWM needs an additional five pages to fully present the relevant arguments for the Court.

7.     The parties agree that good cause exists for a five-page enlargement of UWM's brief in support of its motion to dismiss and strike class allegations and Plaintiffs' response in opposition thereto because this matter involves complex legal issues that cannot be properly addressed within the current page limit.

8.     The requested enlargement will assist the Court by allowing the parties to present their arguments in a clear, organized, and complete manner, and is likely to promote efficiency by reducing the need for supplemental briefing.

2

9.      This request is made in good faith and not for purposes of delay, as the briefing schedule will remain unmodified.

10.     Accordingly, the parties stipulate and respectfully request that the Court permit:

a.      UWM to file a brief in support of its forthcoming motion to dismiss Plaintiffs' First Amended Complaint, not to exceed 30 pages, including footnotes and signatures;

b.      Plaintiffs to file a response in opposition to UWM's motion to dismiss not to exceed 30 pages, including footnotes and signatures.

11.     Except as expressly modified herein, all other page limits and requirements remain unchanged.

12.

Stipulated as to form and substance by:

PARONICH LAW, P.C.                          FOLEY & LARDNER LLP

By: */s/ Anthony I. Paronich (with consent)*  By: */s/ Irina N. Kashcheyeva*
Anthony I. Paronich                         Irina Kashcheyeva (P72575)
350 Lincoln Street, Suite 2400              Amir El-Aswad (P86092)
Hingham, MA 02043                           500 Woodward Avenue, Suite 2700
(508) 221-1510                              Detroit, MI 48226
anthony@paronichlaw.com                     (313) 234-7100
*Counsel for Plaintiffs*                     (313) 234-2800
                                            ikashcheyeva@foley.com
Dated: April 22, 2026                       ael-aswad@foley.com
                                            *Counsel for Defendant*

                                            Dated: April 22, 2026

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREW JAMES MCGONIGLE and
JOSHUA HESTER, individually and on
behalf of all similarly situated,

Case No. 2:25-cv-13865-SKD-KGA

        Plaintiff,

Hon. Susan K. DeClercq

v.

Mag. Kimberly G. Altman

UNITED WHOLESALE MORTGAGE, LLC,

        Defendant.

---

**ORDER ENLARGING PAGE LIMITS FOR DEFENDANT'S
MOTION TO DISMISS AND PLAINTIFFS' RESPONSE IN OPPOSITION**

Based on the stipulation of the parties, and with good cause appearing for the same:

**IT IS HEREBY ORDERED** that Defendant may file a brief in support of its forthcoming motion to dismiss and to strike class allegations not to exceed 30 pages, including footnotes and signatures;

**IT IS FURTHER ORDERED** that Plaintiffs may file a response in opposition to Defendant's motion to dismiss and strike class allegations not to exceed 30 pages, including footnotes and signatures;

.

2

**IT IS FURTHER ORDERED** that, except as expressly modified herein, all other page limits and requirements remain unchanged.

/s/Susan K. DeClercq
SUSAN K. DeCLERCQ
United States District Judge

Dated: April 23, 2026

2