UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREW JAMES MCGONIGLE and
JOSHUA HESTER, individually and on
behalf of all similarly situated,

Plaintiffs,

v.

UNITED WHOLESALE MORTGAGE, LLC,

Defendant.

Case No. 25-cv-13865
Hon. Susan K. DeClercq
Mag. Kimberly G. Altman

---

## INDEX OF EXHIBITS

Exhibit 1:   Chart of TCPA Actions Filed by Andrew McGonigle

Exhibit 2:   UWM 2025 Annual Report (10-K)

Exhibit 3:   UWM Broker Agreement

4827-8291-4983.1