# EXHIBIT 1

TCPA Actions Filed by Andrew McGonigle

| Number | Case Name | Jurisdiction | Docket No. | Date Filed | Nature of Claims | Transferred? |
|---|---|---|---|---|---|---|
| 1 | McGonigle v. Laurice El Badry Rahme, Ltd. d/b/a Bond No. 9 , | E.D. Va. | 1:24-cv1742 | 10/1/2024 | TCPA (Class Action) - Violation of DNC Registry Regulations | |
| 2 | McGonigle v. Zale Delaware Inc. dba Zale's Jewelers | E.D. Va. | 1:24-cv-1820 | 10/15/2024 | TCPA (Class Action) - Violation of DNC Registry Regulations | |
| 3 | McGonigle v. ShoppersChoice.com LLC dba BBQGuys.com | E.D. Va. | 1:24-cv-1887 | 10/25/2024 | TCPA (Class Action) - Violation of DNC Registry Regulations | Transferred to M.D. La., No. 3:25-cv-152, on 2/19/25 |
| 4 | McGonigle v. Filters Fast LLC | E.D. Va. | 1:24-cv-2063 | 11/19/2024 | TCPA (Class Action) - Violation of DNC Registry Regulations | |
| 5 | McGonigle v. HSN Inc. | M.D. Fla. | 8:24-cv-2712 | 11/21/2024 | TCPA (Class Action) - Violation of DNC Registry Regulations | |
| 6 | McGonigle v. FTD LLC | N.D. Ill. | 1:24-cv-12201 | 11/26/2024 | TCPA (Class Action) - Violation of DNC Registry Regulations | |
| 7 | McGonigle v. Walker and Company Brands Inc. dba Bevel | E.D. Va. | 1:24-cv-2140 | 11/26/2024 | TCPA (Class Action) - Violation of DNC Registry Regulations | Transferred to N.D. Ga., No. 1:25-cv-2314, on 4/25/2025 |
| 8 | McGonigle v. Midwest Brands LLC dba Amerimark | W.D. Wisc. | 3:24-cv-864 | 12/5/2024 | TCPA (Class Action) - Violation of DNC Registry Regulations | |
| 9 | McGonigle v. Value City Furniture | S.D. Ohio | 2:24-cv-4293 | 12/23/2024 | TCPA (Class Action) - Violation of DNC Registry Regulations | |
| 10 | McGonigle v. Alliance Entertainment LLC | S.D. Fla. | 0:24-cv-62443 | 12/29/2024 | TCPA (Class Action) - Violation of DNC Registry Regulations | |
| 11 | McGonigle v. Everyday Dose LLC | S.D. Fla. | 1:24-cv-25115 | 12/30/2024 | TCPA (Class Action) - Violation of DNC Registry Regulations | |
| 12 | McGonigle v. D'Artagnan Inc. | E.D. Va. | 1:25-cv-52 | 1/11/2025 | TCPA (Class Action) - Violation of DNC Registry Regulations | |
| 13 | McGonigle v. LG Electronics U.S.A. Inc. | E.D. Va. | 1:25-cv-51 | 1/11/2025 | TCPA (Class Action) - Violation of DNC Registry Regulations | Transferred to D.N.J., No. 2:25-cv-2700, on |
| 14 | McGonigle v. Office Depot LLC | S.D. Fla. | 9:25cv80069 | 1/17/2025 | TCPA (Class Action) - Violation of DNC Registry Regulations | |
| 15 | McGonigle v. Perpay, Inc. | E.D. Pa. | 2:25cv326 | 1/20/2025 | TCPA (Class Action) - Violation of DNC Registry Regulations | |
| 16 | McGonigle v. Richmond Fitness Inc. dba American Family Fitness | E.D. Va. | 1:25-cv-103 | 1/21/2025 | TCPA (Class Action) - Violation of DNC Registry Regulations | Transferred within District, No.3:25-cv-00167, on 3/04/25 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | *McGonigle v. Transform SR Brands LLC* | N.D. Ill. | 1:25cv1674 | 2/18/2025 | TCPA (Class Action) - Violation of DNC Registry Regulations | |
| 18 | *McGonigle v. Skull Shaver LLC* | E.D. Va. | 1:25-cv-424 | 3/8/2025 | TCPA (Class Action) - Violation of DNC Registry Regulations | |
| 19 | *McGonigle v. Robbins Research International, Inc.* | E.D. Va. | 1:25-cv-800 | 5/8/2025 | TCPA (Class Action) - Violation of DNC Registry Regulations | |
| 20 | *McGonigle v. Teleflora LLC* | E.D. Va. | 1:25-cv-807 | 5/9/2025 | TCPA (Class Action) - Violation of DNC Registry Regulations | |
| 21 | *McGonigle v. Telescents Inc.* | E.D. Va. | 1:25-cv-845 | 5/15/2025 | TCPA (Class Action) - Violation of DNC Registry Regulations | |
| 22 | *McGonigle v. Pure Green Franchise Corp.* | S.D. Fla. | 0:25-cv-61164 | 6/10/2025 | TCPA (Class Action) - Violation of DNC Registry Regulations | |
| 23 | *McGonigle v. Dickey's Barbecue Restaurants Inc.* | E.D. Va. | 1:25-cv-1062 | 6/24/2025 | TCPA (Class Action) - Violation of DNC Registry Regulations | |
| 24 | *McGonigle, et al. v. Freedom Debt Relief LLC* | N.D. Cal. | 3:25-cv-5426 | 6/27/2025 | TCPA (Class Action) - Violation of Robocall Regulations | |
| 25 | *McGonigle v. Moriarty Gem Corp.* | N.D. Ind. | 1:25-cv-398 | 7/18/2025 | TCPA (Class Action) - Violation of DNC Registry Regulations | |
| 26 | *McGonigle v. Omaha Steaks LLC* | D. Neb. | 8:25-cv-509 | 8/20/2025 | TCPA (Class Action) - Violation of DNC Registry Regulations; VTPPA - Solicitation without consent | |
| 27 | *Almonte, et al. v. MRS BPO LLC* | D.N.J. | 1:25-cv-15811 | 9/19/2025 | TCPA (Class Action) - Violation of DNC Registry Regulations | |
| 28 | *McGonigle v. Why Direct LLC* | E.D. Va. | 1:25-cv-1961 | 11/4/2025 | TCPA (Class Action) - Violation of DNC Registry Regulations; VTPPA - Solicitation without consent | Transferred within District, No. 3:25-cv-934, on 11/07/05 |
| 29 | *McGonigle v. United Wholesale Mortgage LLC* | E.D. Mich. | 2:25-cv-13865 | 12/2/2025 | TCPA (Class Action) - Violation of DNC Registry Regulations; VTPPA - Solicitation without consent; TCPA - Violation of Internal DNC Regulations | |
| 30 | *McGonigle v. Freebird Inc.* | E.D. Va. | 1:25-cv-2503 | 12/30/2025 | TCPA (Class Action) - Violation of DNC Registry Regulations; VTPPA - Solicitation without consent; VTPPA - failure to identify name in solicitations | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 31 | *McGonigle v. Maxim Lending Corp.* | C.D. Cal. | 8:26-cv-106 | 1/14/2026 | TCPA (Class Action) - Violation of DNC Registry Regulations; VTPPA - Solicitation without consent | |
| 32 | *McGonigle v. Bridgecrest Acceptance Corp.* | D. Ariz. | 2:26-cv-1036 | 2/13/2026 | TCPA (Class Action) - Violation of Robocall Regulations | |
| 33 | *McGonigle v. I.C. System Inc.* | E.D. Va. | 1:26-cv-719 | 3/16/2026 | TCPA (Class Action) - Violation of Robocall Regulations | |
| 34 | *McGonigle v. Dom Stores LLC* | E.D. Va. | 1:26-cv-869 | 3/30/2026 | TCPA (Class Action) - Violation of DNC Registry Regulations; VTPPA - Solicitation without consent | |