UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREW JAMES MCGONIGLE and
JOSHUA HESTER, individually and on
behalf of all similarly situated,

Case No. 25-cv-13865
Hon. Susan K. DeClercq
Mag. Kimberly G. Altman

Plaintiffs,

v.

UNITED WHOLESALE MORTGAGE, LLC,

Defendant.

---

## DEFENDANT UNITED WHOLESALE MORTGAGE, LLC'S NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant United Wholesale Mortgage, LLC ("UWM") respectfully submits this Notice to inform the Court of the recent Seventh Circuit decision in *Steidinger v. Blackstone Medical Services*, No. 25-2398, -- F.4th --, 2026 WL 2028517 (7th Cir. July 14, 2026) ("*Steidinger*"), which is attached as **Exhibit A**. In *Steidinger*, the U.S. Court of Appeals for the Seventh Circuit held that 47 U.S.C. § 227(c)(5) does not create a private right of action for text messages.

*Steidinger* directly supports UWM's argument in its pending Motion to Dismiss (ECF No. 17) that Plaintiffs' text-message-based claims should be dismissed, as text messages are not actionable under 47 U.S.C. § 227(c)(5). UWM

respectfully requests that the Court consider this supplemental authority in connection with UWM's pending Motion to Dismiss.

Dated: July 17, 2026                    Respectfully submitted,

**FOLEY & LARDNER LLP**

By: */s/ Irina Kashcheyeva*
Irina Kashcheyeva (P72575)
Amir El-Aswad (P86092)
500 Woodward Avenue, Suite 2700
Detroit, Michigan 48226
(313) 234-7100
ikashcheyeva@foley.com
ael-aswad@foley.com
*Counsel for Defendant*

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2026, I caused to be electronically filed the foregoing paper with the Clerk of the Court, which will send notification of such filing to all counsel of record via the Court's ECF system.

By: */s/ Irina Kashcheyeva*
Irina Kashcheyeva (P72575)
Amir El-Aswad (P86092)
500 Woodward Avenue, Suite 2700
Detroit, Michigan 48226
(313) 234-7100
(313) 234-2800
ikashcheyeva@foley.com
ael-aswad@foley.com
*Counsel for Defendant United*
*Wholesale Mortgage, LLC*