UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREW JAMES MCGONIGLE and JOSHUA HESTER, individually and on behalf of all similarly situated,

Plaintiffs,

Case No. 25-cv-13865
Hon. Susan K. DeClercq
Mag. Kimberly G. Altman

v.

UNITED WHOLESALE MORTGAGE, LLC,

Defendant.

---

**DEFENDANT UNITED WHOLESALE MORTGAGE, LLC'S SECOND NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant United Wholesale Mortgage, LLC ("UWM") respectfully submits this Notice to inform the Court of a recently published decision from the United States District Court for the Western District of Missouri, *Rush v. Selectquote Ins. Servs., Inc.*, ---F. Supp. 3d---, No. 6:26-CV-03157-MBB, 2026 WL 2495598 (W.D. Mo. July 30, 2026), which is attached as **Exhibit A**. Relying on the Seventh Circuit's decision in *Steidinger v. Blackstone Med. Servs.*, 182 F.4th 532 (7th Cir. 2026), the court in *Rush* held that 47 U.S.C. § 227(c)(5) does not create a private right of action for text messages.

*Rush* directly supports UWM's argument in its pending Motion to Dismiss (ECF No. 17) that Plaintiffs' text-message-based claims should be dismissed, as text

messages are not actionable under 47 U.S.C. § 227(c)(5). UWM respectfully requests that the Court consider this supplemental authority in connection with UWM's pending Motion to Dismiss.

Respectfully submitted,

**FOLEY & LARDNER LLP**

By: */s/ Irina Kashcheyeva*
Irina Kashcheyeva (P72575)
Amir El-Aswad (P86092)
500 Woodward Avenue, Suite 2700
Detroit, Michigan 48226
(313) 234-7100
ikashcheyeva@foley.com
ael-aswad@foley.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2026, I caused to be electronically filed the foregoing paper with the Clerk of the Court, which will send notification of such filing to all counsel of record via the Court's ECF system.

By: */s/ Irina Kashcheyeva*
Irina Kashcheyeva (P72575)
Amir El-Aswad (P86092)
500 Woodward Avenue, Suite 2700
Detroit, Michigan 48226
(313) 234-7100
ikashcheyeva@foley.com
ael-aswad@foley.com
*Counsel for Defendant*