UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Andrew McGonigle, et. al,

Plaintiff(s),

Case No. 25-13865

v.

Honorable Susan K. DeClercq

United Wholesale Mortgage, LLC,

Magistrate Judge Kimberly G. Altman

Defendant(s).
______________________________________/

**ORDER REGARDING REASSIGNMENT OF COMPANION CASE**

This case appears to be a companion case to Case No. 26-10733. Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable Terrence G. Berg and Magistrate Judge Elizabeth A. Stafford.

s/Susan K. DeClercq
Susan K. DeClercq
United States District Judge

s/Terrence G. Berg
Terrence G. Berg
United States District Judge

---

Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
Case type: CIVIL

If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: September 3, 2026

s/ S Schoenherr
Deputy Clerk

cc: Parties and/or counsel of record
Honorable Terrence G. Berg