UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREW JAMES MCGONIGLE and JOSHUA HESTER, individually and on behalf of all similarly situated,

Plaintiffs,

Case No. 25-cv-13865
Hon. Terrence G. Berg
Mag. Elizabeth A. Stafford

v.

UNITED WHOLESALE MORTGAGE, LLC,

Defendant.

---

**DEFENDANT UNITED WHOLESALE MORTGAGE, LLC'S**
**INDEX OF EXHIBITS**

*Card v. R.J. Reynolds* ………………………………………………….. . Exhibit A

*Conrad v. Hart Consumer Prods.* …………………………………….. Exhibit B

*Anthony v. Brian Mktg. Grp.* ……………………………………………  Exhibit C