UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREW JAMES MCGONIGLE and JOSHUA HESTER, individually and on behalf of all similarly situated,

Plaintiffs,

Case No. 25-cv-13865
Hon. Terrence G. Berg
Mag. Elizabeth A. Stafford

v.

UNITED WHOLESALE MORTGAGE, LLC,

Defendant.

---

INDEX OF EXHIBITS

*Radvansky v. 1st Class Medical* ............................................ Exhibit A

*Koeller v. OX AppSec Security, Inc.* ............................................ Exhibit B