UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREW JAMES MCGONIGLE and JOSHUA HESTER, individually and on behalf of all similarly situated,

Plaintiffs,

Case No. 25-cv-13865
Hon. Terrence G. Berg
Mag. Elizabeth A. Stafford

v.

UNITED WHOLESALE MORTGAGE, LLC,

Defendant.

---

**DEFENDANT'S NOTICE OF CONFIDENTIAL SETTLEMENT**

Pursuant to Local Rule 41.1, Defendant United Wholesale Mortgage ("UWM") hereby notifies the Court that the parties have resolved all matters in controversy, with prejudice. Incident to this confidential settlement, UWM requests that the Court stay all pending deadlines for 30 days so that appropriate dismissal papers may be submitted. The parties will file a stipulation of dismissal following the completion and execution of the confidential settlement documents.

Dated: October 14, 2026

Respectfully submitted,

**FOLEY & LARDNER LLP**

By: *<u>/s/ Irina Kashcheyeva</u>*
Irina Kashcheyeva (P72575)
Amir El-Aswad (P86092)
500 Woodward Avenue, Suite 2700
Detroit, Michigan 48226
(313) 234-7100
ikashcheyeva@foley.com
ael-aswad@foley.com
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2026, I caused to be electronically filed the foregoing paper with the Clerk of the Court, which will send notification of such filing to all counsel of record via the Court's ECF system.

By: *Irina Kashcheyeva* /s/ Irina Kashcheyeva
Irina Kashcheyeva (P72575)
Amir El-Aswad (P86092)
500 Woodward Avenue, Suite 2700
Detroit, Michigan 48226
(313) 234-7100
ikashcheyeva@foley.com
ael-aswad@foley.com
*Counsel for Defendant*